**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROLYN DAVIS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 07-cv-1302 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiffs and against all defendants;

it is furthermore

ORDERED that plaintiffs are awarded $486,918,005 in compensatory damages and

$1,674,997,937 in punitive damages, for a total award of $2,161,915,942 to be distributed as

follows:

| Plaintiff Name | Pain and Suffering | Economic Loss | Solatium | Punitive | Totals |
|---|---|---|---|---|---|
| Faith Albright | $0 | $0 | $4,000,000 | $13,760,000 | $17,760,000 |
| Gary Wayne Allison | $2,000,000 | $1,661,410 | $0 | $12,595,250 | $16,256,660 |
| C. Keith Bailey | $0 | $820,895 | $0 | $2,823,879 | $3,644,774 |
| Charles E. Bailey | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Vina S. Bailey | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Karen L. Cooper | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Mark Bartholomew | $1,500,000 | $1,917,355 | $0 | $11,755,701 | $15,173,056 |
| Teresa Bartholomew | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Crystal Bartholomew | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| Jerry Bartholomew | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Joyce Bartholomew | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Arthur Johnson | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Robert Bragg | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |

| | | | | | |
|---|---|---|---|---|---|
| Thomas D. Brown, Jr. | $5,000,000 | $1,836,042 | $0 | $23,515,984 | $30,352,026 |
| Jeanette Odom | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Deborah Vogt | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Christopher Burnette | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Connie Decker | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Gwen Burnette | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Gwen Woodcock | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Lisa Burleyson | $0 | $0 | $4,000,000 | $13,760,000 | $17,760,000 |
| Mecot Echo Camara | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Dale Comes | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Tommy Comes | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Estate of Bert Daniel Corcoran | $0 | $808,281 | $0 | $2,780,487 | $3,588,768 |
| Kathleen Collins | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Catherine Corcoran | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Robert Alton Corcoran | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Keith Alton Corcoran | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Robert Brian Corcoran | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Elizabeth Ann Ortiz | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Michael Corrigan | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Estate of Andrew Davis | $0 | $3,010,735 | $0 | $10,356,928 | $13,367,663 |
| Carolyn Davis | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Jennifer Davis | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Estate of Frederick Douglass | $0 | $452,109 | $0 | $1,555,255 | $2,007,364 |
| Shirley Douglass Miller | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Susan Baker | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Regina Periera | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Richard Dudley | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Toledo Dudley | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Sherry Latoz | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| Cynthia Blankenship | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| Ginger Tuton | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| Scott Dudley | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| David Eaves | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Roy Edwards | $0 | $839,224 | $0 | $2,886,931 | $3,726,155 |
| Cindy Colasanti | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Estate of Barbara Edwards | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Estate of Penny Garner | $0 | $0 | $4,000,000 | $13,760,000 | $17,760,000 |
| Estate of David D. Gay | $0 | $2,955,735 | $0 | $10,167,728 | $13,123,463 |
| Gail Black | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Estate of Neva Jean Gay | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Ronald Gay | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |

| | | | | | |
|---|---|---|---|---|---|
| Timothy Gay | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Rebecca Cordell | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of David D. Gay, Sr. | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Warner Gibbs, Jr. | $0 | $1,512,952 | $0 | $5,204,555 | $6,717,507 |
| Freda Gibbs Hutcherson | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Larry Gibbs | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Marcus A. Lewis | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Warner Gibbs, Sr. | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Janet Yvonne Lewis | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Earl Guy | $5,000,000 | $0 | $0 | $17,200,000 | $22,200,000 |
| Joan M. Crawford | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Ian Guy | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Eddie Guy, Jr. | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Adam Guy | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Estate of Douglas Held | $0 | $647,291 | $0 | $2,226,681 | $2,873,972 |
| Estate of Sondra Lou Held | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Patrick Held | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Thomas Held | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Thomas Hoke | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Glenn W. Hollis | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Jane Costa | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Ann Hollis | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Jack Darrell Hunt | $0 | $0 | $1,500,000 | $5,160,000 | $6,660,000 |
| Mendy Leight Hunt | $0 | $0 | $1,500,000 | $5,160,000 | $6,660,000 |
| Molly Fay Hunt | $0 | $0 | $1,500,000 | $5,160,000 | $6,660,000 |
| Estate of John Ingalls | $0 | $727,808 | $0 | $2,503,660 | $3,231,468 |
| James Ingalls | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Joseph Ingalls | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Kevin Jiggetts | $5,000,000 | $2,337,391 | $0 | $25,240,625 | $32,578,016 |
| Donald Long | $8,000,000 | $1,710,395 | $0 | $33,403,759 | $43,114,154 |
| Robert Lynch | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Estate of Manual Massa, Sr. | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Tim McCoskey | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Ronald L. Moore | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| John W. Nash | $2,000,000 | $0 | $0 | $6,880,000 | $8,880,000 |
| Rose Ann Nash | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Estate of Frank E. Nash | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| William H. Nash | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Mark S. Nash | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Frank E. Nash, Jr. | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Jaklyn Milliken | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |

| | | | | |
|---|---|---|---|---|
| Rosemarie Vliet | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Cataldo Anthony Nashton | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Claudia Comino | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Mark Nashton | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Myles Nashton | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Jennifer Page Nelson | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Timothy Price | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Betty Lou Price | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| James M. Puckett | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Ronald Putnam | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Bruce H. Richardson | $1,500,000 | $2,053,158 | $0 | $12,222,864 | $15,776,022 |
| Bernice Rivers | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Barbara Ann Russell | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Robert Emmett Russell | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Glenn Edward Russell | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Charles Edward Russell, Jr. | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Jean Louis Brown | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Nancy MacDonald | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Diane Carol Higgins | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Estate of Thomas Russell | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Thomas Rutter | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| John Santos | $5,000,000 | $2,014,177 | $0 | $24,128,769 | $31,142,946 |
| Raoul Santos (father) | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Mary Santos | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Donna Duffy | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Mary Cropper | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Doreen Callanan | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Jean Winner | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Kevin Santos | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Raoul Santos (brother) | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Joseph Richard Schneider | $5,000,000 | $1,601,932 | $0 | $22,710,646 | $29,312,578 |
| Morris Schneider | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Jacqueline Gibson | $0 | $0 | $1,500,000 | $5,160,000 | $6,660,000 |
| Paul Segarra | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Steven Shapuras | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| David W. Sharp | $3,000,000 | $0 | $0 | $10,320,000 | $13,320,000 |
| Charles Simmons | $1,500,000 | $1,570,317 | $0 | $10,561,890 | $13,632,207 |
| Estate of Thomas D. Stowe | $0 | $1,964,761 | $0 | $6,758,778 | $8,723,539 |
| David Stowe | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Barbara Stowe | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Priscilla Stowe | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |

| Name | | | | | |
|---|---|---|---|---|---|
| Samantha Stowe | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Donna Baloga | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Edward J. Streker | $1,500,000 | $2,528,137 | $0 | $13,856,791 | $17,884,928 |
| Estate of Henry Townsend, Jr. | $10,000,000 | $3,066,242 | $0 | $44,947,872 | $58,014,114 |
| Lillian Townsend | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Henry Townsend | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Marcia C. Townsend-Tippett | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Valerie Tatum | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Cynthia Green | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Kawanna Duncan | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| John Turner | $5,000,000 | $1,120,925 | $0 | $21,055,982 | $27,176,907 |
| Judith Turner | $0 | $0 | $4,000,000 | $13,760,000 | $17,760,000 |
| Thomas Andrew Walsh | $2,000,000 | $0 | $0 | $6,880,000 | $8,880,000 |
| Charles Walsh | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Ruth Walsh | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Pat Campbell | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Rachel Walsh | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Timothy Walsh | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Michael Walsh | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Estate of Sean Walsh | $0 | $0 | $650,000 | $2,236,000 | $2,886,000 |
| Patricia Fitzgerald Washington | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Gerald Foister | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Tandy W. Wells | $0 | $1,859,348 | $0 | $6,396,157 | $8,255,505 |
| Danny Holland Wells | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Edith Holland Wells | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Estate of Harold Dean Wells | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Frances Mangrum | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Stella Wells George | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Cleta Wells | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Timothy Shon Wells | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Michael Shane Wells | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Perry Glenn Wells | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Bryan K. Westrick | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| John Westrick | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Patricia Westrick | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Whitney R. Westrick | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Gerald Wilkes, Jr. | $1,500,000 | $2,551,385 | $0 | $13,936,764 | $17,988,149 |
| Gerald Wilkes, Sr. | $0 | $0 | $850,000 | $2,924,000 | $3,744,000 |
| Estate of Peggy Wilkes | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Dorothy Williams | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Bill Williamson | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |

| | | | | | |
|---|---|---|---|---|---|
| Deborah Wise | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Michael Zilka | $1,500,000 | $0 | $0 | $5,160,000 | $6,660,000 |
| Sue Zilka | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |

ORDERED that defendants shall be liable, jointly and severally, for the entire $2,161,915,942 amount; it is furthermore

ORDERED that the claims of the following plaintiffs are DISMISSED WITHOUT PREJUDICE for failure to prosecute: Merequin Albright, Anthony Banks, Jr., Theresa Briggs, Elisa Camara-Thompson, Estate of Frances Eaves, Estate of Nina Eaves Stockwell, Harvey Martin Bastian, Charles Frye, Jr., Gina Frye, Lincoln Frye, Randall Frye, Donald Hammons, Marcy Elizabeth Hunt, Jeremy Rivers, Paul Rivers, Richard Lynde Foley, Cassie Lemire, Thomas Sharp, Davene Sharp, Andrew K. Westrick, Aaron M. Westrick, Michael Zilka, Jr., Courtney Zilka, Christopher Zilka, Myriah Zilka; it is furthermore

ORDERED that the claims of the following after-born children plaintiffs are DISMISSED WITH PREJUDICE: Marvin Albright, Jr., Shateria Albright, Mark E. Bartholomew, Michelle Burnette, Evan Burnette, Christopher Eaves, India Eaves, Joseph Matthew Garner, Justina Nicole Garner, Reva Paige Garner, Estate of Chadwick Matthews, Drew Matthews, Abigail Elizabeth Santos, Alexandra Elizabeth Santos, Cooper Jeffrey Santos, Libbi Elizabeth Santos, Lilli Elizabeth Santos, Gerald Wilkes III, Justin Wilkes, Joshua Wilkes, Elizabeth M. Struble; it is furthermore

ORDERED that the claims of the following spouses who were unmarried to the injured servicemen at the time of the attack are DISMISSED WITH PREJUDICE: Tracy Ann Santos, Sandra Rivers, and Sylvia Eaves; it is furthermore

6

ORDERED that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order. *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on March 30, 2012.